AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Belisario Luis Delison | ) | Case No. 25-mj-56-01-AJ |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2023 to the present__ in the county of __Hillsborough__ in the _____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) | Conspiracy to Distribute and Possession with Intent to Distribute Controlled Substances, specifically Cocaine and Cocaine Base |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

/s/ Ryan McDermott
*Complainant's signature*

Ryan McDermott, DEA, TFO
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Mar 12, 2025**

*Judge's signature*

City and state: Concord, New Hampshire     Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*